UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MIDWEST BANK TRUST DEPARTMENT, ADMINISTRATOR OF THE ESTATE OF JOSHUA L. ATWELL, deceased<br><br>Plaintiff,<br><br>vs.<br><br>RANDALL L. BAGWELL, and K&B TRANSPORTATION, INC.<br><br>Defendants. | Case No.<br><br>JURY TRIAL DEMANDED |

## COMPLAINT AND JURY DEMAND

NOW COMES the Plaintiff, MIDWEST BANK TRUST DEPARTMENT, ADMINISTRATOR OF THE ESTATE OF JOSHUA L. ATWELL, deceased, by and through their attorneys, MICHAEL S. MCKINLEY of HASSELBERG, ROCK, BELL & KUPPLER, LLP, and JOSEPH W. DUNN of the LAW OFFICE OF JOSEPH W. DUNN against Defendants, RANDALL L. BAGWELL, and K&B TRANSPORTATION, INC., and, states as follows:

## THE PARTIES

1. Plaintiff, MIDWEST BANK TRUST DEPARTMENT, ADMINISTRATOR OF THE ESTATE OF JOSHUA L. ATWELL, deceased, resides at Midwest Bank, 200 East Broadway, Monmouth, Illinois 61462.

2. Defendant, K&B TRANSPORTATION, INC., is a Nebraska corporation whose principle place of business is 4700 Dakota Avenue, South Sioux City, Nebraska, 68776.

3. Defendant, RANDALL L. BAGWELL, is a United States Citizen of the State of Indiana and resides at 2713 East Center Road, Kokomo, IN 46902.

## JURISDICTION & VENUE

4. The amount in controversy exceeds $75,000.00 exclusive of costs and interest and diversity of jurisdiction exists pursuant to 28 USC 1332.

5. Venue is proper in this jurisdiction pursuant to 28 USC 1391 in that the events and/or omissions giving rise to this claim occurred within the Central District of Illinois.

6. Assignment of this case to Rock Island Division is proper according to local rule in that the events and/or omissions giving rise to the claim occurred within Warren County, Illinois.

## COUNT I

Plaintiff, MIDWEST BANK TRUST DEPARTMENT, ADMINISTRATOR OF THE ESTATE OF JOSHUA L. ATWELL, complaining of Defendant, RANDALL L. BAGWELL, states as follows:

7. The incident herein complained of occurred on August 3, 2018 at approximately 3:00 a.m.

8. The incident herein complained of at or near the intersection of North Sixth Street at its intersection with the entrance to Smithfield Foods and Parkin's Trucking.

9. At the aforesaid time and place, Plaintiff's decedent, JOSHUA L. ATWELL, was driving his motorcycle south on North Sixth Street approaching and attempting to cross its intersection with the entrance to Parkin's Trucking on one side and the entrance to Smithfield Foods in the opposite side of North Sixth Street.

10. At the aforesaid time and place, Defendant, RANDALL L. BAGWELL, driving within the course and scope of his employment of K&B TRANSPORTATION, INC. was driving his Freightliner semi-truck westbound across North Sixth Street from Parkin's Trucking to Smithfield Foods.

11. At the aforesaid time and place, Plaintiff's decedent, JOSHUA L. ATWELL, was travelling on the preferential roadway.

12. At the aforesaid time and place, Defendant, RANDALL L. BAGWELL, was driving his semi less than five miles an hour with its hazard lights on.

13. At the aforesaid time and place, Defendant pulled into the path of Plaintiff's decedent and caused a collision with Defendant's semi-truck and Plaintiff's decedent's motorcycle.

14. At the aforesaid time and place, Plaintiff's decedent's motorcycle struck the semi-truck.

15. At the aforesaid time and place, Plaintiff's decedent was injured and died as a result of the accident.

16. At the aforesaid time and place, Defendant had a duty to use due care and caution in the operation of his vehicle, but in violation of said duty committed

one or more of the following negligent acts, omissions and/or violations of statute in that

    a. Failed to keep a proper lookout;

    b. Failed to maintain proper control over his vehicle;

    c. Violated 625 ILCS 5/11-601(a) in that Defendant

        i. Drove his vehicle at a speed that was greater than reasonable and proper with regard to the traffic conditions by Plaintiff's decedent's vehicle passing through the intersection on a preferential roadway;

        ii. Failed to decrease the speed of his vehicle when a special hazard existed by virtue of the Plaintiff's decedent's presence on the preferential roadway;

        iii. Failed to decrease the speed of his vehicle to avoid colliding with the Plaintiff's decedent's vehicle;

    d. Violated 625 ILCS 5/11-906 in that he failed to yield to the Plaintiff's decedent's vehicle approaching on the preferential roadway while crossing the highway from a private drive;

    e. Violated 625 ILCS 5/12-212 in that Defendant drove his vehicle with its flashing hazard lights on without the presence of a vehicular traffic hazard;

    f. Violated State and Federal motor carrier regulations regarding drive/rest time;

 g. Drove his vehicle forward after the initial impact with the Plaintiff, before checking to see the location of the Plaintiff under his truck.

17. As a direct and proximate result of the collision, Plaintiff's decedent passed away.

18. As a result, MIDWEST BANK was issued Letters of Office on August 27, 2018.

19. JOSHUA L. ATWELL, pursuant to the Wrongful Death Act, left behind the following beneficiaries: Gatlin L. Atwell (son) and Elizabeth D. Atwell (daughter).

20. As a direct and proximate result of the Plaintiff's decedent's death, Plaintiff's decedent's beneficiaries lost the support of JOSHUA L. ATWELL.

21. As a result of Plaintiff's decedent's death, beneficiaries lost the society, companionship and services of JOSHUA L. ATWELL.

WHEREFORE, the Plaintiff, MIDWEST BANK TRUST DEPARTMENT, ADMINISTRATOR OF THE ESTATE OF JOSHUA L. ATWELL, by and through his attorneys, MICHAEL S. MCKINLEY and HASSELBERG, ROCK, BELL & KUPPLER, LLP, and JOSEPH W. DUNN of THE DUNN LAW OFFICE, prays for judgment against RANDALL L. BAGWELL, in a sum in excess of $75,000.00, together with costs, attorneys' fees, and all other relief this Court deems fair and just and demand the issues herein be tried by a jury.

**DEMAND FOR TRIAL BY JURY**

/s/   *Michael S. McKinley*
MICHAEL S. MCKINLEY, Esq., Bar No. 6216532
Attorney for Plaintiff
HASSELBERG, ROCK, BELL & KUPPLER, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL   61614-5591
Telephone:   (309) 688-9400
Facsimile:   (309) 688-9430
E-mail:   mmckinley@hrbklaw.com
          cstodgel@hrbklaw.com


/s/   *Joseph W. Dunn*
JOSEPH W. DUNN, Esq., Bar No. 6229175
Attorney for Plaintiff
LAW OFFICE OF JOSEPH W. DUNN
417 Court Street
Pekin, IL 61554
Telephone:   (309) 346-4222
Facsimile:   (309) 347-6863
E-mail:   joe@joedunnlaw.com


*Attorneys for Plaintiff,*
MIDWEST BANK TRUST DEPARTMENT,
ADMINISTRATOR OF THE ESTATE OF
JOSHUA L. ATWELL, DECEASED.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served via the Court's electronic filing system on the 13th day of March, 2019, upon all counsel of record.

/s/   *Michael S. McKinley*
MICHAEL S. MCKINLEY, Esq., Bar No. 6216532
Attorney for Plaintiff
HASSELBERG, ROCK, BELL & KUPPLER, LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL   61614-5591
Telephone:   (309) 688-9400
Facsimile:   (309) 688-9430
E-mail:   mmckinley@hrbklaw.com
           cstodgel@hrbklaw.com